IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| | ) CIVIL NO. 20-CV-519 |
| v. | ) |
| | ) |
| ONE 2004 TIFFIN PHAETON RV, | ) |
| BEARING VIN: 4UZAAHAK24CM37627, | ) |
| WITH ALL ACCESSORIES, | ) |
| ATTACHMENTS AND COMPONENTS | ) |
| THEREON, $14,790.00 IN UNITED | ) |
| STATES CURRENCY; AND $11,910.00 | ) |
| IN UNITED STATES CURRENCY, | ) |
| | ) |
| DEFENDANT. | ) |

## VERIFIED CLAIM

TO:   Adam E. Hanna
      Assistant United States Attorney
      Nine Executive Drive
      Fairview Heights, IL 62208-1344

Now comes Jay Laes, by his attorney, The Law Office of Jessica Koester, LLC, 100 North Main Street, 2nd Floor, Suite 1, Edwardsville, IL 62025, and hereby claims upon information and belief, an ownership interest in the property seized herein and further claims, upon information and belief as follows:

1. Address at which claimant will accept mail:  c/o Jessica Koester, 100 North Main Street, 2nd Floor, Suite 1, Edwardsville, IL 62025

2. The claimant asserts an ownership interest in the property:  Tiffin Phaeton RV VIN: 4UZAAHAK24CM37627, $14,790, and $11,910 in United States currency seized by United States Drug Enforcement Administration on December 13, 2019.

                                        Jay Laes,


                              By:      /s/ Jessica Koester
                                       Jessica Koester

I affirm, under the penalty of perjury, that the representations in this instrument are true and correct, except as to matters therein state to be on information and belief and to such matters the undersigned certified as aforesaid that he verily believes the same to be true.

_____
Jay Laes


THE LAW OFFICE OF JESSICA KOESTER, LLC.
100 North Main Street, 2nd Floor, Suite 1
Edwardsville, IL 62025
Phone: 618-692-4900

Fax:       618-307-5870
jessica@koester-law.com